PATRICK TUFFY, Respondent, v. MASTEN CONSTRUCTION COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE E. FISHER, Appellant, v. PETER H. CORR, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JACOB WAHET, Appellant, v. EMANUEL SISTERHOOD OF PERSONAL SERVICE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JERSEY CITY MACHINE COMPANY, Respondent, v. WALTER H. FOSTER COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY ROSNOWSKY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS J. CORELLI, Respondent, v. WILLYS-OVERLAND, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ERNST BYSTROM, Respondent, v. HAROLD G. VILLARD, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Dowling and Page, JJ., dissented on the dissenting opinion upon the former appeal (175 App. Div. 433).

TAYLOR, ARMITAGE & COMPANY, Appellant, v. THOMAS R. LEWIS and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY C. FISHER, Respondent, v. STAR COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

STAR COMPANY, Appellant, v. THE WHEELER SYNDICATE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE WHEELER SYNDICATE, INC., Respondent, v. STAR COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THOMAS HELDE, Respondent, v. MAGDALENA HELDE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORRIS MANDELBAUM, Appellant, v. RUBIN HAFTER and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith, J., dissented.